IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:21-CR-87<br>Judge Mazzant |
| KEIVIN HERVY | § | |

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APR 1 5 2021
BY DEPUTY_____

**INDICTMENT**

The United States Grand Jury Charges:

**COUNT ONE**

<u>Violation</u>: 18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm)

On or about November 8, 2020, in the Eastern District of Texas, defendant KEIVIN HERVY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, to-wit: A Rohm, Model RG38, 38 Caliber Revolver, bearing Serial Number 175417 .

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE**

Criminal Forfeiture Pursuant to 18 U.S.C. § 924(d)

As a result of committing the felony offense in violation of 18 U.S.C. § 922(g)(1) alleged in Count One of this Indictment, defendant, KEIVIN HERVY, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) all firearms and ammunition involved in the offense, including but not limited to the following:

1. Rohm, Model RG38, 38 Caliber Revolver, bearing Serial Number 175417;
2. Bushmaster pistol, 5.56, SN: GC/BM-P-J00296-000I;
3. Any Ammunition associated with the case.

A TRUE BILL

_____
FOREMAN

NICHOLAS J. GANJEI
ACTING UNITED STATES ATTORNEY

_____
MATTHEW T. JOHNSON
Assistant United States Attorney

Date: 4/15/21

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 4:21-CR-87<br>Judge Mazzant |
| KEIVIN HERVY | | |

## NOTICE OF PENALTY

### Count One

Violation:      18 U.S.C. § 922(g)(1)

Penalty:      Imprisonment of not more than ten years, a fine not to exceed $250,000, or both; a term of supervised release of not more than three years.

If it is shown the defendant has three previous convictions by any court for a violent felony or a serious drug offense, or both, committed on occasions different from one another - Imprisonment of 15 years to life, a fine not to exceed $250,000.00, or both; a term of supervised release of at least 3 years but not more than 5 years.

Special Assessment: $ 100.00